PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **DESIREE LOCKETTE**                                     Docket No. **2: 23-12200**

### Petition for Action on Conditions of Pretrial Release

COMES NOW KATIANA DELAGRANDE'ANSE, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **DESIREE LOCKETTE**, who was placed under pretrial release supervision by **HONORABLE MICHAEL A. HAMMER** sitting in the Court at **Newark, New Jersey,** on **October 3, 2023,** and was released on a $150,000.00 Unsecured Appearance Bond under the following conditions:

1. Pretrial Services Supervision.
2. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
3. Surrender all passports/travel documents. Do not apply for new travel documents.
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. Mental Health Testing/treatment as directed by Pretrial Services.
6. Maintain current residence or a residence approved by Pretrial Services.
7. Have no contact with co-conspirators (with the exception of Deborah McKinnon), victims or witnesses, unless in the presence of counsel.
8. The defendant shall be released into the third-party custody of an individual approved by Pretrial Services by October 10, 2023. Comply with all state court matters.

On November 20, 2023, Pretrial Services approved Carolyn McKinnon-Powell to serve as the third-party custodian for this defendant.

Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER a **Bail Violation Hearing.** ORDER OF COURT

Considered and ordered this __16th__ day of ~~August~~ September 2025 and ordered filed and made a part of the records in the above case.

_____
Michael A. Hammer
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      __August 26, 2025__

s/Katiana Delagrande'Anse
_____
Katiana Delagrande'Anse
U.S. Pretrial Services Officer

**There will be a Bail Violation Hearing on 9/24/2025 at 10:00 a.m. in Newark - Courtroom 2C before Magistrate Judge Michael A. Hammer.**